UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:26-CR-0002-D-BM-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LESLIE KEONTE HODGES | ORDER |

On motion of the Defendant, Leslie Keonte Hodges, and for good cause shown, it is hereby ORDERED that DE 38 be sealed until further notice by this Court.

IT IS SO ORDERED.

This 28 day of September, 2026.

JAMES C. DEVER III
United States District Judge